IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

IRA JACKSON,                                              *

            Plaintiff,                               *

v.                                                       Case No.  1:26-CV-55 (LAG)

                                       *

COREY KENNEDY, et al.,

                                       *

            Defendants.

                                       *

## **J U D G M E N T**

Pursuant to this Court's Order dated 7/8/2026, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 8th day of July, 2026.

                              David W. Bunt, Clerk


                              s/ Michelle Paschal, Deputy Clerk